UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACQUELINE FERNANDEZ,

        Plaintiff,

- against -

CHARLES KRYPELL, LLC,

        Defendant.

---

25-cv-890 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **May 6, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            February 4, 2025

                                              John G. Koeltl
                                      United States District Judge