```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

JACQUELINE FERNANDEZ,

        Plaintiff,

  - against -

CHARLES KRYPELL, LLC,

        Defendant.

------------------------------------------------------------

25-cv-890 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

On February 4, 2025, this Court stayed the time to answer and directed the parties to discuss settlement and provide an update to the Court by May 6, 2025. ECF No. 6. To date, no status report has been filed.

Accordingly, the time for the parties to provide a status update is extended to **May 15, 2025**. Failure to provide an update to the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
           May 7, 2025

                                                        John G. Koeltl
                                      United States District Judge